IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1621 |
| | ) | |
| v. | ) | Judge Flowers Conti |
| | ) | Magistrate Judge Caiazza |
| REDSTONE HIGHLANDS COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM ORDER

On November 29, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On October 12, 2006, the magistrate judge issued a Report (Doc. 19) recommending that the Defendant's Motion for Summary Judgment (Doc. 10) be granted.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 13th day of November, 2006, IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (Doc. 10) is **GRANTED**. The Report and Recommendation of Magistrate Judge Caiazza dated October 12, 2006 is hereby adopted as the opinion of the District Court.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:

Christopher P. Skatell, Esq.
David T. Cofer, Esq.
Timothy G. Hewitt, Esq.